1050

[No. 22493-3-II.    Division Two.    January 8, 1999.]

CHARLES R. KENDALL, JR., *Appellant*, v. LINDA K. REID, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 85-3-05163-6, Terry D. Sebring, J., entered October 10, 1997. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 22631-6-II.    Division Two.    January 8, 1999.]

*In the Matter of the Estate of* GEORGE C. STEVENS.

Appeal from a judgment of the Superior Court for Thurston County, No. 96-4-00344-6, Gary Tabor, J., entered November 12, 1997. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Bridgewater, JJ. Now published at 94 Wn. App. 20.

[No. 22956-1-II.    Division Two.    January 8, 1999.]

S.D. DEACON CORP. OF WASHINGTON, *Respondent*, v. ROUNDUP CO., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-11216-3, Vicki L. Hogan, J., entered February 6, 1998. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 21566-7-II.    Division Two.    January 11, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN CARL BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-1-00701-1, James E. Warme, J., entered January 14, 1997. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Morgan and Hunt, JJ.